**James D. NOLAN, Plaintiff,**

v.

**James A. RHODES, Governor of Ohio, et al., Defendants.**

**Leonard M. SIVE et al., Plaintiffs,**

v.

**Harry ELLIS et al., Defendants.**

**Clarence BLOSSER, Plaintiff,**

v.

**James A. RHODES et al., Defendants.**

Civ. A. Nos. 6082, 6491, 7585.

United States District Court
S. D. Ohio, E. D.

Oct. 27, 1965.

Judgment Affirmed Feb. 21, 1966.
See 86 S.Ct. 716, 15 L.Ed.2d 616.

Kenneth G. Weinberg, Cleveland, Ohio, Stewart R. Jaffy, Columbus, Ohio, for plaintiff in No. 6082.

Jerome Goldman, Cincinnati, Ohio, for plaintiffs in No. 6491; William T. Bahlman, Jr., Robert P. Goldman, Bruce I. Petrie, Charles H. Tobias, Jr., Harris K. Weston, Cincinnati, Ohio, of counsel.

Harry P. Jeffrey, Dayton, Ohio, for plaintiff in No. 7585.

William B. Saxbe, Atty. Gen., of Ohio, Columbus, Ohio, for defendants in Nos. 6082, 6491 and 7585.

Hugh A. Sherer, Columbus, Ohio, William E. Knepper, Columbus, Ohio, special counsel for defendants in Nos. 6082 and 6491.

George Schilling, Jr., Pros. Atty., Clinton County, Wilmington, Ohio, Angus B. Wilson, Pros. Atty., Brown County, Georgetown, Ohio, John O. Crouse, Pros. Atty., Highland County, Hillsboro, Ohio, Elmer Spencer, Pros. Atty., Adams County, West Union, Ohio, for defendants in No. 6491; Gerald A. Donahue, John J. Chester, Columbus, Ohio, special counsel.

Before WEICK, Circuit Judge, and WEINMAN and PECK, District Judges.

## PER CURIAM.

These three consolidated cases challenge the constitutionality of the apportionment of the General Assembly of the State of Ohio. Pursuant to mandate of the Supreme Court of the United States (378 U.S. 556, 84 S.Ct. 1906, 12 L.Ed.2d 1034, 1964), this Court by order dated October 15th, 1964, and entered in Nolan v. Rhodes and Sive v. Ellis (Nos. 6082 and 6491), 218 F.Supp. 953 declared Article XI, Section 2 of the Ohio Constitution void as being in violation of the Fourteenth Amendment to the Constitution of the United States, and ordered the Ohio General Assembly to effect an apportionment system for its membership in compliance with said constitutional provision. The effective date of said order was postponed until the further order of the Court to provide an opportunity for the General Assembly of Ohio to take action to effect such reapportionment. The General Assembly then met in special session on November 10, 1964, and on December 9, 1964, adopted a joint resolution providing for an apportionment plan of the House of Representatives only and the submission thereof to the voters at a special election in May, 1965. Such special election was held but the proposed amendment was defeated by the vote of the electors.

Apportionment of the House was again considered by the 106th General Assembly at its regular session in 1965, but the three-fifths vote of both Houses required to submit a constitutional amendment for a vote of the people could not be obtained. The General Assembly having adjourned sine die without having enacted another apportionment amendment for submission to the electors, the Court entered an order requesting each party to the actions to file on or before October 15, 1965, a suggested plan for reapportionment of the Ohio House of Representatives and a suggested plan for the reapportionment of the Ohio Senate, and further announcing that any person or persons could within said period of time file a suggested plan upon leave of Court.

In Blosser v. Rhodes (No. 7585), by interlocutory order entered October 18, 1965, the Court determined that the Senate of the Ohio General Assembly was malapportioned for the reasons that the Senate has not been apportioned substantially on a population basis; that substantial equality among the districts has not been maintained; that the provisions of the Ohio Constitution governing apportionment of the Senate were contained in the Constitution of 1851 and have not since been amended except as to districts having fractions; that the Constitution of 1851 does not properly allow for the shifts in population which have occurred since its adoption; that the provision (Ohio Cons., Art. XI, Sec. 6a) providing for a varying number of Senators from the same district for different legislative sessions during a decennial period results in underrepresentation for some sessions and overrepresentation for others, but never for reasonably exact representation; that the provisions of the Ohio Constitution which require said malapportionment of the Senate as above related, are in violation of the Fourteenth Amendment to the Constitution of the United States and are therefore null and void. Reynolds v. Sims, 377 U.S. 533, 84 S.Ct. 1362, 12 L.Ed.2d 506 (1964) and other cases decided on the same day.

In the order of September 16, 1965, each party to actions Nos. 6082 and 6491 was requested to file on or before October 15, 1965, a suggested plan for the reapportionment of the Ohio House of Representatives and a suggested plan for the reapportionment of the Ohio Senate, and the order further provided that any interested person or persons might within the same period of time file such suggested plans by leave. Pursuant thereto such plans have been filed by the parties as well as by many other interested persons and organizations. Among the plans filed by the parties is one which was filed by the Governor, Auditor of State and Secretary of State of Ohio. Those state officials constitute the Apportionment Board created by Article XI, Section 11 of the Ohio Constitution * and simultaneously with such filing, said Board caused the same plan to be published in newspapers of general circulation in the State of Ohio as required by said Section of the Constitution.

In essence, that plan as filed and published divides the state of Ohio into 99 districts and provides for the election to the House of Representatives of one member from each House District so formed, and then provides for 33 Senate Districts, from each of which one senator is to be elected, and each of which is comprised of three House Districts. In determining the "ideal" population for a House District the population of the state was divided by one hundred (Ohio Cons., Art. XI, Sec. 1). Under the plan, no House District has less than 85% of such population, nor more than 115% thereof. No county was divided which fell within the 85 to 115% range, and in establishing the districts pre-existing political boundary lines (i. e., county lines, township, municipal, ward or precinct boundaries, etc.) were followed. The population figures used were of the last census, and since 1960 population figures were used 1960 boundaries were also followed, since there is no more recent official determination of such population shifts as may have occurred.

As above stated, each Senate District is composed of three contiguous House Districts. In determining the "ideal" population of such district, the 1960 population of the state was divided by 35 (Ohio Cons., Art. XI, Sec. 6). While the populations of the Senate Districts do not in every instance fall within the range of 85–115% of the quotient arrived at by dividing the population by 35, every Senate District is well within that range if a divisor of 33 (the number of Senators) is used. A variance within that

---

* Actually, that section merely imposes the responsibility for action on the officials named and does not use the phrase "Apportionment Board." However, for convenience we herein follow the common practice of using the designation "Apportionment Board."

range is here held not to be violative of constitutional standards.

It is the position of said state officials, as urged in the supporting brief accompanying the plan filed in this court by the Attorney General of Ohio, that they acted in accordance with the authority of said Section 11, thereby performing the mandatory duty imposed upon the Board to reapportion the Ohio General Assembly.

It is axiomatic that any action taken by a properly constituted governmental agency is entitled to a presumption of validity, and accordingly the action of the Apportionment Board is here to be presumed to be legal, valid and constitutionally taken. (See, e. g., Goldberg v. Truck Drivers Local Union No. 299, 293 F.2d 806 (6th Cir. 1961)). In this regard, mention is made of the fact that such constitutionality has been challenged in an action instituted in the Court of Appeals for Franklin County, Ohio, October 20th, 1965, in action No. 8228 on the docket of that court. Until or unless the presumption of validity hereinabove referred to is dissipated by determination by the Ohio courts, the presumption is deemed binding upon this Court, the question whether the Board acted in accordance with authority conferred by the Constitution of Ohio being peculiarly one of Ohio law and appropriate for resolution in the courts of that state.

We regard the apportionment of the General Assembly of Ohio as being a legislative rather than a judicial function. The Federal Court should intervene only to protect rights guaranteed by the Constitution of the United States. When a state apportionment has been declared unconstitutional the Federal Court should devise and put into effect a reapportionment plan only as a last resort when the Legislature fails or is unable to act. In devising a plan the Court acts to prevent a breakdown or disruption of essential state government services.

If the presumption of validity prevails and finds support in the Ohio courts, it must necessarily follow that by its action the Board has established a plan for the reapportionment of the General Assembly and the only determination to be made by this Court is whether or not such plan is in violation of the Constitution of the United States or any provisions thereof. A study of such plan convinces us that the apportionment made by the Board conforms as nearly as practicable according to population and follows the rules enunciated by the Supreme Court in Reynolds. This Court therefore finds that said plan is not violative of the Constitution of the United States.

Elections could not be held under the present apportionment since we have held the General Assembly to be malapportioned. Therefore, consideration must be given to an alternative, namely that of a determination by the Ohio courts of invalidity under the state constitution of the action of the Apportionment Board in its creation of the plan. Such an alternative presents the possibility of chaos and of a breakdown in the entire election machinery of the state in providing for the legislature to be elected in 1966. In order to prevent such an untoward result, and to insure continuity and the stabilization of such elections of the General Assembly said plan of the Apportionment Board will by the Order which hereafter follows be approved, adopted and put into effect now on a temporary basis.

It seems proper to point out that if one of the other plans (or any combination of them, or a plan of the Court's original creation) were to be approved in the event of a declaration of invalidity of the Board plan by the Ohio courts, an entirely untenable situation would be created. It is required by the Ohio Constitution (Art. II, Sec. 3) that "senators and representatives shall have resided in their respective counties, or districts, one year next preceding their election  *  *." The election in 1966 will by law be held November 8th, and any present delay in the adoption of a plan would make it constitutionally impossible for some incumbent members of the General Assem-

bly or aspirants thereto to stand for election without creating partisan or otherwise potentially embarrassing situations.

Having thus summarily refrained from considering the other carefully prepared suggested plans which have been submitted, a word concerning them should be said. Without exception, such plans indicate the thought and effort with which they have been prepared and appreciation is expressed to the public-minded citizens, legislators and organizations who made such submissions. As has been stated, in the event the Apportionment Board is found by the Ohio courts not to have acted within the proscription of the Ohio Constitution in the preparation of its plan, that plan is hereinafter only adopted as temporary. It is contemplated that in such circumstance during the period of such temporary operation further consideration will be given to the additional plans received. Several of such plans have been accompanied by motions to intervene, and while all such pending motions will be denied, all accompanying plans are received and deemed properly filed, and will be before the Court under the circumstances just set forth.

The plan filed herein by the defendants James A. Rhodes, Governor of Ohio, Ted W. Brown, Secretary of State of Ohio, and Roger Cloud, Auditor of State of Ohio (and which said plan was promulgated by said officials in their capacity as Apportionment Board under the provisions of Article XI, Section 11 of the Ohio Constitution) is attached hereto and made a part hereof.* The facts of the three consolidated cases herein considered are found to be as hereinabove set forth and as stated in said attached plan, and this memorandum is filed as the Court's findings of fact and conclusions of law in accordance with the provisions of Rule 52, Federal Rules of Civil Procedure.

In considering the motion of Frank W. King for rehearing, it should be pointed out that he was afforded the opportunity to appear by his counsel as amicus curiae and participate in the trial on the merits of this case. He was personally present and his counsel examined the stipulation agreed upon by the parties and was unable to point out any particular in which it was incorrect or inadequate. He was given the opportunity to offer evidence but he offered none. His counsel was permitted to make the principal argument in the case supporting the constitutionality of the apportionment of the Ohio Senate. In short, he was accorded all the rights of a party in the hearing.

In accordance with the foregoing,

It is ordered:

1. That all pending motions should be and they are hereby denied, including the motions of the plaintiffs in actions Nos. 6082 and 6491;

2. That the interlocutory order heretofore entered holding the Senate of the Ohio General Assembly to be malapportioned, is hereby made final;

3. That the plan adopted by the Apportionment Board acting under the provisions of Article XI, Section 11, Ohio Constitution, is not in violation of the Constitution of the United States or any provisions thereof;

4. That said plan is hereby adopted and put into effect on the date of the entry hereof as a temporary plan and ordered by this Court to be followed for the election of the General Assembly of Ohio in the year 1966;

5. That jurisdiction of these cases is retained pending determination of the constitutionality of the action of the said Apportionment Board under the Constitution of the State of Ohio by the Ohio courts, and thereafter: To consider any application for an extension of the temporary period; to enforce this order; and to consider any other appropriate matter which may be brought to the attention of the Court.

* See Appendix.

# APPENDIX

Governor's publication of the ratio of representation for the Ohio Senate and House of Representatives based upon the 1960 Decennial Census as ascertained and determined by the Governor, the Auditor of State and the Secretary of State in September, 1965, together with their apportionment of Senators and Representatives to districts and their determination of which senatorial districts shall elect Senators to take office for four-year terms starting January 1, 1967, and which for four-year terms starting January 1, 1969.

I, James A. Rhodes, Governor, pursuant to Article II, Section 2 and Article XI, Section 11 of the Constitution of Ohio and further pursuant to Sections 107.09 and 107.13 of the Revised Code, hereby give public notice that the Governor, the Auditor of State and the Secretary of State, by actions taken September 8 and September 27, 1965, have unanimously ascertained and determined (1) that the apportionment of the Ohio House of Representatives and the Ohio Senate under which the 106th General Assembly was elected is unconstitutional in such vital respects under both the Ohio and United States Constitutions as to be a nullity; (2) that the ratio of representation for the Ohio House of Representatives according to the 1960 decennial census is one representative for each 97,064 people and that the ratio of representation for the Ohio Senate according to the same census is one Senator for each 277,326 people; (3) that each House District shall be entitled to elect one Representative in 1966, 1968 and 1970, that even-numbered Senate Districts shall be entitled to elect one Senator for a four-year term in 1966 and 1970, and that odd-numbered Senate Districts shall be entitled to elect one Senator for a two-year term in 1966 and to a four-year term in 1968 (subject to the orders of the Court hereinafter mentioned); (4) that an apportionment for the remainder of the present decennium of the Ohio House of Representatives and of the Ohio Senate that is consistent with the orders of the United States District Court for the Southern District of Ohio, Western Division in Civil Actions No. 6082 (Nolan vs. Rhodes, Governor of Ohio, et al.), No. 6491 (Sive, et al. vs. Ellis, et al.), and No. 3201 (Blosser vs. Rhodes, Governor of Ohio, et al.) and not contrary to other relevant Federal Court decisions, is an apportionment in which ninety-nine House Districts and thirty-three Senate Districts are distributed over Ohio uniformly on a population basis, with each district electing one Representative or one Senator as the case may be; (5) that Senators to be elected from odd-numbered districts shall take office for four-year terms starting January 1, 1967, and that Senators to be elected from even-numbered districts shall take office for two-year terms on January 1, 1967, and thereafter for four-year terms starting January 1, 1969.

The Governor, the Auditor of State and the Secretary of State, accordingly, have apportioned the Ohio House of Representatives and the Ohio Senate for the remaining years of the current decennium as hereinafter set forth.

## APPORTIONMENT OF THE
## OHIO HOUSE OF REPRESENTATIVES

By such of said ascertainments and determinations as pertain to representation in the House of Representatives, the following House Districts are constituted, from each of which one Representative shall be elected to take office January 1, 1967, for a two-year term:

| DESIGNATION | COMPRISING | 1960 POPULATION | DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|---|---|---|
| House District 1: | Williams County | 29,968 | House District 2: | Paulding County | 16,792 |
| | Fulton County | 29,301 | | Van Wert County | 28,840 |
| | Defiance County | 31,508 | | Putnam County Township— | |
| | TOTAL | 90,777 | | Monterey Township | 1,688 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| | Auglaize County | 36,147 |
| | Mercer County Townships— | |
| | Black Creek Township | 752 |
| | Dublin Township | 2,058 |
| | Union Township | 1,507 |
| | Liberty Township | 1,002 |
| | Hopewell Township | 910 |
| | Center Township | 959 |
| | TOTAL | 90,655 |
| House District 3: | Darke County | 45,612 |
| | Preble County | 32,498 |
| | Mercer County Townships— | |
| | Recovery Township | 1,335 |
| | Gibson Township | 1,872 |
| | Granville Township | 2,912 |
| | Marion Township | 2,554 |
| | Washington Township | 1,188 |
| | Butler Township | 4,256 |
| | Franklin Township | 1,369 |
| | Jefferson Township | 9,885 |
| | TOTAL | 103,481 |
| House District 4: | Henry County | 25,392 |
| | Wood County | 72,596 |
| | TOTAL | 97,988 |
| House District 5: | Putnam County less Monterey Township | 26,643 |
| | Hancock County | 53,686 |
| | Hardin County | 29,633 |
| | TOTAL | 109,962 |
| House District 6: | Allen County | 103,691 |
| House District 7: | Shelby County | 33,586 |
| | Miami County | 72,901 |
| | TOTAL | 106,487 |
| House District 8: | Logan County | 34,803 |
| | Champaign County | 29,714 |
| | Clark County Townships— | |
| | Pike Township | 2,001 |
| | German Township | 3,661 |
| | Moorefield Township | 3,964 |
| | Pleasant Township | 1,568 |
| | Bethel Township | 11,363 |
| | Mad River Township | 5,153 |
| | TOTAL | 92,227 |
| House District 9: | Clark County Townships— | |
| | Harmony Township | 2,424 |
| | Madison Township | 2,562 |
| | Greene Township | 2,346 |
| | Springfield City | 82,723 |
| | Springfield Township | 13,675 |
| | TOTAL | 103,730 |
| House District 10: | Greene County | 94,642 |
| House District 11: | Warren County | 65,711 |
| | Clinton County | 30,004 |
| | TOTAL | 95,715 |
| House District 12: | Clermont County | 80,530 |
| | Brown County | 25,178 |
| | TOTAL | 105,708 |
| House District 13: | Ottawa County | 35,323 |
| | Sandusky County | 56,486 |
| | Erie County Townships— | |
| | Groton Township | 899 |
| | Margaretta Township | 6,146 |
| | TOTAL | 98,854 |
| House District 14: | Huron County | 47,326 |
| | Erie County Townships— | |
| | Portland Township— Sandusky City | 31,989 |
| | Perkins Township | 8,955 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| | Oxford Township | 1,111 |
| | Huron Township | 6,358 |
| | Milan Township | 2,593 |
| | Berlin Township | 2,691 |
| | Vermilion Township | 5,439 |
| | Florence Township | 1,648 |
| | Kelleys Island Township | 171 |
| | TOTAL | 108,281 |
| House District 15: | Seneca County | 59,326 |
| | Crawford County | 46,775 |
| | TOTAL | 106,101 |
| House District 16: | Wyandot County | 21,648 |
| | Marion County | 60,221 |
| | Union County | 22,853 |
| | TOTAL | 104,722 |
| House District 17: | Richland County Townships— | |
| | Plymouth Township | 2,089 |
| | Cass Township | 1,605 |
| | Blooming Grove Township | 922 |
| | Butler Township | 667 |
| | Sharon Township | 10,076 |
| | Jackson Township | 2,436 |
| | Franklin Township | 1,384 |
| | Weller Township | 1,227 |
| | Sandusky Township | 762 |
| | Springfield Township | 5,141 |
| | Madison Township | 73,556 |
| | Mifflin Township | 2,604 |
| | TOTAL | 102,469 |
| House District 18: | Morrow County | 19,405 |
| | Knox County | 38,808 |
| | Delaware County | 36,107 |
| | Richland County Townships— | |
| | Troy Township | 2,546 |
| | Washington Township | 4,963 |
| | Monroe Township | 2,138 |
| | Perry Township | 610 |
| | Jefferson Township | 2,898 |
| | Worthington Township | 2,137 |
| | TOTAL | 109,612 |
| House District 19: | Licking County | 90,242 |
| House District 20: | Madison County | 26,454 |
| | Fayette County | 24,775 |
| | Highland County | 29,716 |
| | Adams County | 19,982 |
| | TOTAL | 100,927 |
| House District 21: | Pickaway County | 35,855 |
| | Ross County | 61,215 |
| | TOTAL | 97,070 |
| House District 22: | Pike County | 19,380 |
| | Scioto County | 84,216 |
| | TOTAL | 103,596 |
| House District 23: | Medina County | 65,315 |
| | Ashland County Townships— | |
| | Ruggles Township | 649 |
| | Troy Township | 707 |
| | Sullivan Township | 968 |
| | Clear Creek Township | 1,360 |
| | Orange Township | 1,708 |
| | Jackson Township | 1,352 |
| | Milton Township | 1,633 |
| | Montgomery Township | 2,139 |
| | Union Township—Ashland City | 17,419 |
| | Perry Township | 1,156 |
| | TOTAL | 94,406 |
| House District 24: | Wayne County | 75,497 |
| | Ashland County Townships— | |
| | Mifflin Township | 739 |
| | Vermillion Township | 1,600 |
| | Mohican Township | 1,467 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| | Green Township | 2,993 |
| | Lake Township | 534 |
| | Hanover Township | 2,347 |
| | TOTAL | 85,177 |
| House District 25: | Fairfield County | 63,912 |
| | Hocking County | 20,168 |
| | Vinton County | 10,274 |
| | TOTAL | 94,354 |
| House District 26: | Jackson County | 29,372 |
| | Lawrence County | 55,438 |
| | TOTAL | 84,810 |
| House District 27: | Gallia County | 26,120 |
| | Meigs County | 22,159 |
| | Athens County | 46,998 |
| | TOTAL | 95,277 |
| House District 28: | Muskingum County | 79,159 |
| | Perry County | 27,864 |
| | Morgan County Townships— | |
| | York Township | 919 |
| | Deerfield Township | 498 |
| | Union Township | 399 |
| | Homer Township | 557 |
| | TOTAL | 109,396 |
| House District 29: | Guernsey County | 38,579 |
| | Noble County | 10,982 |
| | Washington County | 51,689 |
| | Morgan County Townships— | |
| | Bloom Township | 641 |
| | Bristol Township | 424 |
| | Center Township | 524 |
| | Malta Township | 1,749 |
| | Manchester Township | 227 |
| | Marion Township | 1,271 |
| | Meigsville Township | 603 |
| | Morgan Township | 2,753 |
| | Penn Township | 625 |
| | Windsor Township | 1,557 |
| | TOTAL | 111,624 |
| House District 30: | Belmont County | 83,864 |
| | Monroe County | 15,268 |
| | TOTAL | 99,132 |
| House District 31: | Holmes County | 21,591 |
| | Coshocton County | 32,224 |
| | Tuscarawas County Townships— | |
| | Wayne Township | 1,089 |
| | Sugar Creek Township | 2,734 |
| | Auburn Township | 755 |
| | Bucks Township | 1,110 |
| | Jefferson Township | 781 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| | Franklin Township | 2,932 |
| | Salem Township | 1,350 |
| | Oxford Township | 5,079 |
| | York Township | 966 |
| | Dover Township | 14,717 |
| | TOTAL | 85,328 |
| House District 32: | Carroll County | 20,857 |
| | Harrison County | 17,995 |
| | Tuscarawas County Townships— | |
| | Clay Township | 2,217 |
| | Fairfield Township | 885 |
| | Goshen Township | 19,215 |
| | Mill Township | 12,519 |
| | Perry Township | 405 |
| | Rush Township | 904 |
| | Sandy Township | 2,281 |
| | Union Township | 1,029 |
| | Warren Township | 585 |
| | Warwick Township | 2,600 |
| | Washington Township | 591 |
| | Lawrence Township | 2,045 |
| | TOTAL | 84,128 |
| House District 33: | Jefferson County | 99,201 |
| House District 34: | Columbiana County | 107,004 |
| House District 35: | Portage County | 91,798 |
| House District 36: | Geauga County | 47,573 |
| | Lake County Townships— | |
| | Leroy Township | 1,502 |
| | Madison Township | 9,841 |
| | Perry Township | 4,834 |
| | Painesville Township | 31,146 |
| | Concord Township | 3,860 |
| | TOTAL | 98,756 |
| House District 37: | Lake County Townships— | |
| | Chagrin Township— | |
| | Willoughby City | 15,058 |
| | East Lake Township— | |
| | East Lake City | 12,467 |
| | Kirtland Township | 4,876 |
| | Lakeline Township— | |
| | Lakeline Village | 269 |
| | Mentor Township | 25,067 |
| | Timberlake Township— | |
| | Timberlake Village | 670 |
| | Waite Township— | |
| | Waite Hill Village | 360 |
| | Wickliffe Township—Wickliffe City | 15,760 |
| | Willoughby Township | 4,241 |
| | Willowick Township— | |
| | Willowick City | 18,749 |
| | TOTAL | 97,517 |
| House District 38: | Ashtabula County | 93,067 |

## LARGE COUNTIES DIVIDED INTO INDIVIDUAL DISTRICTS

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| House District 39: | Butler County Townships— | |
| | Oxford Township | 11,909 |
| | Reily Township | 1,629 |
| | Milford Township | 2,135 |
| | Hanover Township | 4,958 |
| | Wayne Township | 2,348 |
| | St. Clair Township (other than part south of City of Hamilton | 5,906 |
| | Madison Township | 9,286 |
| | Middletown City | 42,115 |
| | Lemon Township | 14,415 |
| | Liberty Township | 3,143 |
| | TOTAL | 97,844 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| House District 40: | Butler County Townships— | |
| | Morgan Township | 2,174 |
| | Ross Township | 3,340 |
| | Fairfield Township | 16,023 |
| | St. Clair Township (parts south of City of Hamilton | 1,105 |
| | Union Township | 6,236 |
| | Hamilton City | 72,354 |
| | TOTAL | 101,232 |
| House District 41: | Cuyahoga County Township and Wards— | |
| | Cleveland City Ward 24 | 29,629 |
| | Bratenahl Township— | |
| | Bratenahl Village | 1,332 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| | Cleveland City Ward 25 | 31,170 |
| | Cleveland City Ward 27 | 22,704 |
| | TOTAL | 84,835 |
| House District 42: | Cuyahoga County Wards— | |
| | Cleveland City Ward 20 | 29,986 |
| | Cleveland City Ward 21 | 25,365 |
| | Cleveland City Ward 22 | 29,560 |
| | Cleveland City Ward 23 | 22,061 |
| | TOTAL | 106,972 |
| House District 43: | Cuyahoga County Wards— | |
| | Cleveland City Ward 16 | 24,568 |
| | Cleveland City Ward 18 | 20,453 |
| | Cleveland City Ward 19 | 24,868 |
| | Cleveland City Ward 29 | 22,697 |
| | TOTAL | 92,586 |
| House District 44: | Cuyahoga County Wards— | |
| | Cleveland City Ward 10 | 26,988 |
| | Cleveland City Ward 28 | 23,153 |
| | Cleveland City Ward 30 | 42,742 |
| | TOTAL | 92,883 |
| House District 45: | Cuyahoga County Townships and Wards— | |
| | Cleveland City Ward 14 | 20,117 |
| | Cleveland City Ward 15 | 25,012 |
| | Brooklyn Heights Township— Brooklyn Heights Village | 1,449 |
| | Newburgh Heights Township— Newburgh Heights Village | 3,512 |
| | South Newburgh—Warrensville Township—Garfield Heights City | 38,455 |
| | Willow Township— Cuyahoga Heights Village | 796 |
| | TOTAL | 89,341 |
| House District 46: | Cuyahoga County Wards— | |
| | Cleveland City Ward 11 | 21,448 |
| | Cleveland City Ward 12 | 19,362 |
| | Cleveland City Ward 13 | 19,947 |
| | Cleveland City Ward 17 | 23,062 |
| | Cleveland City Ward 31 | 13,772 |
| | TOTAL | 97,591 |
| House District 47: | Cuyahoga County Townships and Wards— | |
| | Cleveland City Ward 2 | 27,294 |
| | Cleveland City Ward 6 | 24,205 |
| | Cleveland City Ward 9 | 42,697 |
| | Laurel Township—Brooklyn City | 10,733 |
| | Brooklyn Township— Linndale Village | 381 |
| | TOTAL | 105,310 |
| House District 48: | Cuyahoga County Wards— | |
| | Cleveland City Ward 3 | 23,837 |
| | Cleveland City Ward 5 | 22,274 |
| | Cleveland City Ward 7 | 21,984 |
| | Cleveland City Ward 8 | 25,339 |
| | TOTAL | 93,434 |
| House District 49: | Cuyahoga County Township and Ward— | |
| | Lakewood Township— Lakewood City | 66,154 |
| | Cleveland City Ward 1 | 27,948 |
| | TOTAL | 94,102 |
| House District 50: | Cuyahoga County Townships and Wards— | |
| | Charleston Township— Middleburgh Heights City | 7,282 |
| | Brook Park Township— Brook Park City | 12,856 |
| | River Edge Township | 416 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| | Cleveland City Ward 33 | 57,020 |
| | Cleveland City Ward 4 | 31,152 |
| | TOTAL | 108,726 |
| House District 51: | Cuyahoga County Townships— | |
| | Parma Township—Parma City | 82,845 |
| | Parma Heights Township— Parma Heights City | 18,100 |
| | TOTAL | 100,945 |
| House District 52: | Cuyahoga County Townships— | |
| | Bay Township—Bay Village City | 14,489 |
| | Rocky River Township— Rocky River City | 18,097 |
| | Fairview Township— Fairview Park City | 14,624 |
| | North Olmsted Township— North Olmsted City | 16,290 |
| | Goldwood Township— Parkview Village | 2,018 |
| | Olmsted Township | 4,773 |
| | Olmsted Falls Township— Olmsted Falls Village | 2,144 |
| | Westview Township— Westview Village | 1,303 |
| | Berea Township—Berea City | 16,592 |
| | Westlake-Dover Township— Westlake City | 12,906 |
| | TOTAL | 103,236 |
| House District 53: | Cuyahoga County Township and Ward— | |
| | Cleveland City Ward 32 | 25,865 |
| | Euclid Township—Euclid City | 62,998 |
| | TOTAL | 88,863 |
| House District 54: | Cuyahoga County Townships— | |
| | East Cleveland Township— East Cleveland City | 37,991 |
| | Cleveland Heights Township— Cleveland Heights City | 61,813 |
| | TOTAL | 99,804 |
| House District 55: | Cuyahoga County Townships and Ward— | |
| | Cleveland City Ward 26 | 27,771 |
| | Richmond Heights Township— Richmond Heights City | 5,068 |
| | South Euclid Township— South Euclid City | 27,569 |
| | Highland Heights Township— Highland Heights Village | 2,929 |
| | S.O.M. Township— Mayfield Village | 1,977 |
| | Riverside-Gates Mills Township— Gates Mills Village | 1,588 |
| | Mayfield Township— Mayfield Heights City | 13,478 |
| | Euclidville Township— Lyndhurst City | 16,805 |
| | TOTAL | 97,185 |
| House District 56: | Cuyahoga County Townships— | |
| | Idlewood Township— University Heights City | 16,641 |
| | Shaker Township— Shaker Heights City | 36,460 |
| | Beachwood Township— Beachwood City | 6,089 |
| | Pepper Pike Township— Pepper Pike Village | 3,217 |
| | Hunting Valley Township— Hunting Valley Village | 550 |
| | Warrensville Township | 13,558 |
| | Woodmere Township— Woodmere Village | 398 |
| | Orange Township— Moreland Hills Village | 2,188 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| | Garfield Township—Orange Village | 2,006 |
| | Chagrin Falls Township | 3,523 |
| | Bentleyville Township— Bentleyville Village | 301 |
| | Solon Township—Solon City | 6,333 |
| | Glenwillow Township— Glenwillow Village | 359 |
| | **TOTAL** | **91,623** |
| House District 57: | Cuyahoga County Townships— | |
| | Bedford Heights Township— Bedford Heights City | 5,275 |
| | Oakwood Township— Oakwood Village | 3,283 |
| | Bedford Township—Bedford City | 15,223 |
| | Maple Heights Township— Maple Heights City | 31,667 |
| | Walton Hills Township— Walton Hills Village | 1,776 |
| | South View Township— Valley View Village | 1,221 |
| | East Independence Township— Independence City | 6,868 |
| | Independence Township— Seven Hills City | 5,708 |
| | East Brecksville Township— Brecksville City | 5,435 |
| | West Brecksville Township— Broadview Heights City | 6,209 |
| | Royalton Township—North Royalton City | 9,290 |
| | Strongsville Township— Strongsville City | 8,504 |
| | **TOTAL** | **100,459** |
| House District 58: | Franklin County Townships and Wards— | |
| | Prairie Township | 9,819 |
| | Brown Township | 830 |
| | Norwich Township | 9,699 |
| | Washington Township | 2,057 |
| | Perry Township | 4,312 |
| | Upper Arlington Township— Upper Arlington City | 28,486 |
| | Sharon Township | 13,723 |
| | Columbus City Ward 22 | 11,969 |
| | Columbus City Ward 21 | 6,259 |
| | Columbus City Ward 20 | 11,030 |
| | Columbus City Ward 19 | 9,536 |
| | **TOTAL** | **107,720** |
| House District 59: | Franklin County Townships and Wards— | |
| | Blendon Township | 11,593 |
| | Plain Township | 2,409 |
| | Mifflin Township | 14,662 |
| | Jefferson Township | 3,230 |
| | Columbus City Ward 26 | 10,747 |
| | Columbus City Ward 23 | 14,837 |
| | Columbus City Ward 24 | 13,611 |
| | Columbus City Ward 25 | 14,691 |
| | Clinton Township (Part adjacent to Ward 23) | 4,914 |
| | **TOTAL** | **90,694** |
| House District 60: | Franklin County Townships and Wards— | |
| | Hamilton Township | 9,860 |
| | Madison Township | 8,049 |
| | Truro Township | 9,551 |
| | Columbus City Ward 28 | 26,273 |
| | Columbus City Ward 29 | 24,929 |
| | Columbus City Ward 1 | 15,104 |
| | **TOTAL** | **93,766** |
| House District 61: | Franklin County Townships and Wards— | |
| | Jackson Township | 13,693 |
| | Franklin Township | 15,557 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| | Columbus City Ward 9 | 16,062 |
| | Columbus City Ward 10 | 19,105 |
| | Columbus City Ward 11 | 19,152 |
| | Columbus City Ward 31 | 12,021 |
| | Columbus City Ward 32 | 10,701 |
| | Pleasant Township | 3,213 |
| | **TOTAL** | **109,504** |
| House District 62: | Franklin County Townships and Wards— | |
| | Grandview Heights Township— Grandview Heights City | 8,270 |
| | Columbus City Ward 12 | 15,821 |
| | Columbus City Ward 14 | 13,024 |
| | Columbus City Ward 15 | 17,820 |
| | Columbus City Ward 16 | 14,576 |
| | Columbus City Ward 18 | 11,261 |
| | Columbus City Ward 33 | 6,347 |
| | Clinton Township (Part adjacent to Wards 15 and 33) | 2,582 |
| | **TOTAL** | **89,701** |
| House District 63: | Franklin County Wards— | |
| | Columbus City Ward 2 | 14,906 |
| | Columbus City Ward 3 | 12,482 |
| | Columbus City Ward 4 | 16,694 |
| | Columbus City Ward 7 | 11,699 |
| | Columbus City Ward 8 | 14,690 |
| | Columbus City Ward 13 | 18,797 |
| | Columbus City Ward 30 | 12,431 |
| | **TOTAL** | **101,699** |
| House District 64: | Franklin County Townships and Wards— | |
| | Columbus City Ward 5 | 15,061 |
| | Columbus City Ward 6 | 12,283 |
| | Columbus City Ward 17 | 15,549 |
| | Columbus City Ward 27 | 11,848 |
| | Bexley Township—Bexley City | 14,319 |
| | Whitehall Township— Whitehall City | 20,818 |
| | **TOTAL** | **89,878** |
| House District 65: | Hamilton County Townships— | |
| | Symmes Township | 7,621 |
| | Madeira Township—Madeira City | 6,744 |
| | Silverton Township—Silverton City | 6,682 |
| | Blue Ash Township—Blue Ash City | 8,341 |
| | Sharonville Township— Sharonville Village | 3,890 |
| | Sycamore Township | 22,731 |
| | Reading Township—Reading City | 12,832 |
| | Amberley Township— Amberley Village | 2,951 |
| | Deer Park Township— Deer Park City | 8,423 |
| | Lincoln Heights Township— Lincoln Heights City | 7,798 |
| | Lockland Township—Lockland City | 5,292 |
| | **TOTAL** | **93,305** |
| House District 66: | Hamilton County Townships and Wards— | |
| | Columbia Township | 24,579 |
| | Cincinnati City Ward 2 | 26,818 |
| | Cincinnati City Ward 14 | 16,233 |
| | Norwood Township—Norwood City | 34,580 |
| | **TOTAL** | **102,210** |
| House District 67: | Hamilton County Township and Wards— | |
| | Anderson Township | 17,250 |
| | Cincinnati City Ward 1 | 21,059 |
| | Cincinnati City Ward 5 | 16,236 |
| | Cincinnati City Ward 4 | 14,823 |
| | Cincinnati City Ward 3 | 18,855 |
| | **TOTAL** | **88,223** |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| House District 68: | Hamilton County Townships and Wards— | |
| | Arlington Heights Township— | |
| | Arlington Heights Village | 1,355 |
| | Elmwood Township— | |
| | Elmwood Place Village | 3,813 |
| | St. Bernard Township— | |
| | St. Bernard City | 6,778 |
| | Cincinnati City Ward 7 | 24,422 |
| | Cincinnati City Ward 15 | 20,347 |
| | Cincinnati City Ward 23 | 23,353 |
| | Cincinnati City Ward 24 | 18,792 |
| | TOTAL | 98,860 |
| House District 69: | Hamilton County Wards— | |
| | Cincinnati City Ward 6 | 15,692 |
| | Cincinnati City Ward 8 | 19,300 |
| | Cincinnati City Ward 9 | 18,891 |
| | Cincinnati City Ward 10 | 20,304 |
| | Cincinnati City Ward 13 | 22,375 |
| | TOTAL | 96,562 |
| House District 70: | Hamilton County Township and Wards— | |
| | Delhi Township | 14,579 |
| | Cincinnati City Ward 19 | 14,029 |
| | Cincinnati City Ward 20 | 18,419 |
| | Cincinnati City Ward 21 | 17,063 |
| | Cincinnati City Ward 25 | 25,510 |
| | TOTAL | 89,600 |
| House District 71: | Hamilton County Townships and Wards— | |
| | Cincinnati City Ward 26 | 26,665 |
| | Crosby Township | 1,464 |
| | Harrison Township | 5,525 |
| | Whitewater Township | 2,883 |
| | Miami Township | 8,332 |
| | Green Township | 47,991 |
| | TOTAL | 92,860 |
| House District 72: | Hamilton County Wards— | |
| | Cincinnati City Ward 11 | 18,953 |
| | Cincinnati City Ward 12 | 19,515 |
| | Cincinnati City Ward 16 | 11,274 |
| | Cincinnati City Ward 17 | 17,597 |
| | Cincinnati City Ward 18 | 18,996 |
| | Cincinnati City Ward 22 | 17,029 |
| | TOTAL | 103,364 |
| House District 73: | Hamilton County Townships— | |
| | Colerain Township | 28,632 |
| | Springfield Township | 56,939 |
| | Glendale Township— | |
| | Glendale Village | 2,823 |
| | Woodlawn Township— | |
| | Woodlawn Village | 3,007 |
| | Wyoming Township— | |
| | Wyoming City | 7,736 |
| | TOTAL | 99,137 |
| House District 74: | Lorain County Townships— | |
| | Black River Township | 41,861 |
| | Sheffield Township | 43,602 |
| | Avon Lake Township— | |
| | Avon Lake City | 9,403 |
| | Avon Township—Avon City | 6,002 |
| | Ridgeville Township— | |
| | North Ridgeville City | 8,057 |
| | Lorain City in Brownhelm Township | 56 |
| | TOTAL | 108,981 |
| House District 75: | Lorain County Townships— | |
| | Brownhelm Township less Lorain City in Brownhelm | 3,622 |
| | Amherst Township | 12,897 |
| | Henrietta Township | 1,390 |
| | Russia Township | 10,266 |
| | Carlisle Township | 9,058 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| | Eaton Township | 6,360 |
| | Columbia Township | 4,474 |
| | Camden Township | 1,124 |
| | Pittsfield Township | 1,094 |
| | LaGrange Township | 2,398 |
| | Grafton Township | 2,523 |
| | Brighton Township | 535 |
| | Wellington Township | 4,578 |
| | Penfield Township | 810 |
| | Rochester Township | 544 |
| | Huntington Township | 748 |
| | Elyria Township | 46,098 |
| | TOTAL | 108,519 |
| House District 76: | Lucas County Townships and Ward— | |
| | Providence Township | 1,587 |
| | Waterville Township | 4,449 |
| | Swanton Township | 2,961 |
| | Monclova Township | 2,728 |
| | Waynesfield Township— | |
| | Maumee City | 12,063 |
| | Harding Township | 605 |
| | Spencer Township | 2,501 |
| | Springfield Township | 8,636 |
| | Adams Township | 22,449 |
| | Ottawa Hills Township— | |
| | Ottawa Hills Village | 3,870 |
| | Toledo City Ward 16 | 23,135 |
| | TOTAL | 84,984 |
| House District 77: | Lucas County Townships and Wards— | |
| | Richfield Township | 1,205 |
| | Sylvania Township | 20,282 |
| | Washington Township | 38,681 |
| | Toledo City Ward 21 | 16,009 |
| | Toledo City Ward 22 | 17,755 |
| | TOTAL | 93,932 |
| House District 78: | Lucas County Wards— | |
| | Toledo City Ward 12 | 18,252 |
| | Toledo City Ward 13 | 13,958 |
| | Toledo City Ward 14 | 10,371 |
| | Toledo City Ward 15 | 19,159 |
| | Toledo City Ward 9 | 14,629 |
| | Toledo City Ward 8 | 10,384 |
| | Toledo City Ward 6 | 8,564 |
| | TOTAL | 95,317 |
| House District 79: | Lucas County Wards— | |
| | Toledo City Ward 11 | 19,649 |
| | Toledo City Ward 10 | 14,601 |
| | Toledo City Ward 5 | 12,102 |
| | Toledo City Ward 7 | 11,266 |
| | Toledo City Ward 2 | 11,976 |
| | Toledo City Ward 3 | 12,006 |
| | Toledo City Ward 4 | 11,837 |
| | TOTAL | 93,437 |
| House District 80: | Lucas County Townships and Wards— | |
| | Toledo City Ward 17 | 13,187 |
| | Toledo City Ward 18 | 15,951 |
| | Toledo City Ward 19 | 11,651 |
| | Toledo City Ward 20 | 14,678 |
| | Toledo City Ward 1 | 16,883 |
| | Oregon Township | 13,592 |
| | Jerusalem Township | 3,319 |
| | TOTAL | 89,261 |
| House District 81: | Mahoning County Townships and Wards— | |
| | Austintown Township | 22,152 |
| | Youngstown City Ward 3 | 19,144 |
| | Youngstown City Ward 4 | 26,006 |
| | Youngstown City Ward 5 | 25,319 |
| | Youngstown City Ward 6 | 18,392 |
| | TOTAL | 111,013 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| House District 82: | Mahoning County Townships and Wards— | |
| | Youngstown City Ward 1 less 58 people in Trumbull County | 23,375 |
| | Youngstown City Ward 2 | 27,058 |
| | Youngstown City Ward 7 | 27,337 |
| | Coitsville Township | 16,275 |
| | TOTAL | 94,045 |
| House District 83: | Mahoning County Townships— | |
| | Milton Township | 3,341 |
| | Jackson Township | 1,878 |
| | Berlin Township | 1,164 |
| | Ellsworth Township | 1,682 |
| | Canfield Township | 6,679 |
| | Boardman Township | 27,379 |
| | Poland Township | 27,244 |
| | Smith Township | 10,367 |
| | Goshen Township | 2,603 |
| | Green Township | 2,614 |
| | Beaver Township | 5,101 |
| | Springfield Township | 5,370 |
| | TOTAL | 95,422 |
| House District 84: | Montgomery County Townships— | |
| | Oakwood Township—Oakwood City | 10,493 |
| | Dayton City Ward 9 | 22,658 |
| | Van Buren Township— Kettering City | 54,462 |
| | Washington Township | 10,605 |
| | Moraine Township— Moraine Village | 2,262 |
| | TOTAL | 100,480 |
| House District 85: | Montgomery County Townships— | |
| | Clay Township | 6,113 |
| | Randolph Township | 9,207 |
| | Perry Township | 5,166 |
| | Madison Township | 25,933 |
| | Jackson Township | 3,870 |
| | Jefferson Township | 11,125 |
| | German Township | 6,102 |
| | Miami Township | 32,082 |
| | TOTAL | 99,598 |
| House District 86: | Montgomery County Townships and Wards— | |
| | Butler Township | 12,666 |
| | Wayne Township | 12,022 |
| | Harrison Township | 28,996 |
| | Mad River Township | 33,644 |
| | Dayton City Ward 18 | 8,284 |
| | Dayton City Ward 17 | 14,042 |
| | TOTAL | 109,654 |
| House District 87: | Montgomery County Wards— | |
| | Dayton City Ward 3 | 15,777 |
| | Dayton City Ward 2 | 16,000 |
| | Dayton City Ward 1 | 14,338 |
| | Dayton City Ward 11 | 10,533 |
| | Dayton City Ward 12 | 14,243 |
| | Dayton City Ward 8 | 16,403 |
| | Dayton City Ward 10 | 11,522 |
| | Dayton City Ward 4 | 12,465 |
| | TOTAL | 111,281 |
| House District 88: | Montgomery County Wards— | |
| | Dayton City Ward 5 | 11,916 |
| | Dayton City Ward 6 | 13,806 |
| | Dayton City Ward 7 | 13,392 |
| | Dayton City Ward 13 | 15,557 |
| | Dayton City Ward 14 | 21,968 |
| | Dayton City Ward 15 | 6,471 |
| | Dayton City Ward 16 | 22,957 |
| | TOTAL | 106,067 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| House District 89: | Stark County Wards and Township— | |
| | Canton City Ward 8 | 5,691 |
| | Canton City Ward 9 | 7,651 |
| | Canton City Ward 7 | 5,960 |
| | Canton City Ward 1 | 6,804 |
| | Canton City Ward 2 | 13,293 |
| | Canton City Ward 4 | 14,183 |
| | Canton City Ward 3 | 9,691 |
| | Canton City Ward 5 | 12,842 |
| | Canton City Ward 6 | 11,740 |
| | Canton Township (Part contained in Census Tract SC-116) | 3,315 |
| | TOTAL | 91,170 |
| House District 90: | Stark County Townships— | |
| | Marlboro Township | 3,078 |
| | Lexington Township | 29,074 |
| | Nimishillen Township | 12,390 |
| | Washington Township | 8,687 |
| | Osnaburg Township | 5,409 |
| | Paris Township | 4,994 |
| | Canton Township (Excluding part contained in Census Tract SC-116) | 18,315 |
| | Pike Township | 3,523 |
| | Sandy Township | 4,326 |
| | TOTAL | 89,796 |
| House District 91: | Summit County Township— | |
| | Green Township | 9,521 |
| | Stark County Townships— | |
| | Lake Township | 9,358 |
| | Jackson Township | 11,016 |
| | Plain Township | 60,900 |
| | TOTAL | 90,795 |
| House District 92: | Summit County Township— | |
| | Franklin Township | 12,051 |
| | Stark County Townships— | |
| | Lawrence Township | 5,274 |
| | Tuscarawas Township | 9,723 |
| | Perry Township | 53,029 |
| | Sugar Creek Township | 5,802 |
| | Bethlehem Township | 4,277 |
| | TOTAL | 90,156 |
| House District 93: | Summit County Townships and Villages— | |
| | Sagamore Hills Township | 3,848 |
| | Northfield Center Township | 2,427 |
| | Northfield Township— Northfield Village | 1,055 |
| | Macedonia Township | 4,060 |
| | Twinsburg Township | 5,848 |
| | Remindersville Township— Remindersville Village | 217 |
| | Richfield Township | 3,664 |
| | Boston Township | 2,127 |
| | Boston Heights Village | 831 |
| | Hudson Township | 4,977 |
| | Bath Township | 4,613 |
| | Northampton Township | 3,960 |
| | Stow Township—Stow City | 12,194 |
| | Cuyahoga Falls Township— Cuyahoga Falls City | 47,922 |
| | Silver Lake Village | 2,655 |
| | Munroe Falls Township— Munroe Falls Village | 1,828 |
| | TOTAL | 102,226 |
| House District 94: | Summit County Township and Wards— | |
| | Copley Township | 9,656 |
| | Akron City Ward 3 | 25,830 |
| | Akron City Ward 4 | 37,420 |
| | Akron City Ward 8 | 30,413 |
| | TOTAL | 103,319 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| House District 95: | Summit County Township and Wards— | |
| | Akron City Ward 1 | 31,445 |
| | Akron City Ward 2 | 23,469 |
| | Akron City Ward 6 | 36,064 |
| | Tallmadge Township— | |
| | Tallmadge City | 10,246 |
| | TOTAL | 101,224 |
| House District 96: | Summit County Townships and Ward— | |
| | Norton Township | 10,924 |
| | Barberton City | 33,805 |
| | Coventry Township | 13,317 |
| | Akron City Ward 9 | 28,170 |
| | TOTAL | 86,216 |
| House District 97: | Summit County Townships and Wards— | |
| | Akron City Ward 5 | 22,188 |
| | Akron City Ward 7 | 26,132 |
| | Akron City Ward 10 | 29,220 |
| | Springfield Township | 15,822 |
| | Lakemore Township— | |
| | Lakemore Village | 2,765 |
| | Mogadore Township | 2,885 |
| | TOTAL | 99,012 |
| House District 98: | Trumbull County Townships— | |
| | Mesopotamia Township | 1,245 |
| | Bloomfield Township | 1,138 |

| DESIGNATION | COMPRISING | 1960 POPULATION |
|---|---|---|
| | Farmington Township | 1,391 |
| | Bristol Township | 2,157 |
| | Southington Township | 2,774 |
| | Champion Township | 8,026 |
| | Braceville Township | 3,005 |
| | Newton Township | 8,070 |
| | Lordstown Township | 1,911 |
| | Warren Township | 42,529 |
| | Warren City in Howland Township | 27,441 |
| | TOTAL | 99,687 |
| House District 99: | Trumbull County Townships— | |
| | Bazetta Township | 5,153 |
| | Brookfield Township | 9,082 |
| | Fowler Township | 1,772 |
| | Greene Township | 725 |
| | Gustavus Township | 1,016 |
| | Hartford Township | 2,203 |
| | Howland Township less Warren City | 12,230 |
| | Hubbard Township | 15,064 |
| | Johnston Township | 1,282 |
| | Kinsman Township | 1,818 |
| | Liberty Township | 23,010 |
| | Mecca Township | 1,401 |
| | Vernon Township | 1,139 |
| | Vienna Township | 3,357 |
| | Weathersfield Township | 29,529 |
| | Youngstown City in Trumbull County | 58 |
| | TOTAL | 108,839 |

## APPORTIONMENT OF THE OHIO SENATE

By such of the ascertainments and determinations mentioned at the beginning hereof as pertain to representation in the Ohio Senate, the following Senate Districts are constituted by combining groups of three contiguous House Districts, from each of which Senate Districts one Senator shall be elected to take office January 1, 1967, for the term shown in the table below:

| DESIGNATION | COMPRISING HOUSE DISTRICTS | TERM | 1960 POPU-LATION |
|---|---|---|---|
| Senate District 1: | Nos. 1, 4, and 76 | 4 years | 273,749 |
| Senate District 2: | Nos. 2, 5 and 6 | 2 years | 304,308 |
| Senate District 3: | Nos. 7, 8 and 9 | 4 years | 302,444 |
| Senate District 4: | Nos. 3, 39 and 40 | 2 years | 302,557 |
| Senate District 5: | Nos. 85, 86 and 88 | 4 years | 315,319 |
| Senate District 6: | Nos. 84, 87 and 10 | 2 years | 306,403 |
| Senate District 7: | Nos. 65, 66 and 67 | 4 years | 283,738 |
| Senate District 8: | Nos. 68, 71 and 73 | 2 years | 290,857 |
| Senate District 9: | Nos. 69, 70 and 72 | 4 years | 289,526 |
| Senate District 10: | Nos. 11, 12 and 20 | 2 years | 302,350 |
| Senate District 11: | Nos. 77, 78 and 79 | 4 years | 282,686 |
| Senate District 12: | Nos. 80, 13 and 15 | 2 years | 294,216 |
| Senate District 13: | Nos. 14, 17 and 75 | 4 years | 319,269 |
| Senate District 14: | Nos. 16, 18 and 19 | 2 years | 304,576 |
| Senate District 15: | Nos. 59, 63 and 64 | 4 years | 282,271 |
| Senate District 16: | Nos. 58, 61 and 62 | 2 years | 306,925 |
| Senate District 17: | Nos. 60, 21 and 25 | 4 years | 285,190 |
| Senate District 18: | Nos. 22, 26 and 27 | 2 years | 283,683 |
| Senate District 19: | Nos. 23, 24 and 31 | 4 years | 264,911 |
| Senate District 20: | Nos. 28, 29 and 30 | 2 years | 320,152 |
| Senate District 21: | Nos. 41, 42 and 54 | 4 years | 291,611 |
| Senate District 22: | Nos. 43, 44 and 45 | 2 years | 274,810 |
| Senate District 23: | Nos. 46, 47 and 48 | 4 years | 296,335 |
| Senate District 24: | Nos. 50, 51 and 57 | 2 years | 310,130 |
| Senate District 25: | Nos. 49, 52 and 74 | 4 years | 306,319 |
| Senate District 26: | Nos. 53, 55 and 56 | 2 years | 277,671 |
| Senate District 27: | Nos. 93, 94 and 96 | 4 years | 291,761 |
| Senate District 28: | Nos. 91, 95 and 97 | 2 years | 291,031 |
| Senate District 29: | Nos. 89, 90 and 92 | 4 years | 271,122 |
| Senate District 30: | Nos. 32, 33 and 34 | 2 years | 290,333 |
| Senate District 31: | Nos. 35, 36 and 37 | 4 years | 288,071 |
| Senate District 32: | Nos. 38, 98 and 99 | 2 years | 301,593 |
| Senate District 33: | Nos. 81, 82 and 83 | 4 years | 300,480 |
| TOTAL | | | 9,706,397 |

This legal advertisement is one of four consecutive weekly publications being made in newspapers in Cleveland, Columbus and Cincinnati on October 15, 16, 22, 23, 29, 30 and November 5 and 6, 1965.

Done at Columbus, Ohio this
15th day of October, 1965.

JAMES A. RHODES, Governor